UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:05-CR-625 CEJ ) |
| EDUARTE A. RUMBAOA, | ) ) |
| Defendant. | ) |

**ORDER**

Pursuant to 28 U.S.C. § 636(b), the Court referred all pretrial matters in this case to United States Magistrate Judge David D. Noce for determination and recommended disposition, where appropriate. On December 13, 2005, Judge Noce issued a Report and Recommendation with respect to the disposition of the defendant's motion to suppress evidence and statements. No objections to the Report and Recommendation have been filed, and the time allowed for doing so has expired.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge David D. Noce is sustained, adopted, and incorporated herein.

**IT IS FURTHER ORDERED** that the motion of defendant Eduarte A. Rumbaoa to suppress evidence and statement [Doc. # 17] is **denied as moot**.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE


Dated this 3rd day of January, 2006